## SECOND DISTRICT.

**W. R. Hunter, appellant, v. H. H. Troup and Walter C. Schneider, appellees. Gen. No. 7,352.**

Assumpsit to recover attorney's fees. Judgment for defendants. Appeal by plaintiff from the Circuit Court of Kankakee county; the Hon. Arthur W. De Selm, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed July 24, 1924.

W. H. Dyer and Henry I. Green, for appellant; Green & Palmer, of counsel. J. Bert Miller and Walter C. Schneider, *pro se*, for appellees.

Mr. Justice Partlow delivered the opinion of the court.

**The People of the State of Illinois ex rel. Mildred Hornung, appellee, v. Maurice Cofoid, appellant. Gen. No. 7,287.**

Bastardy. Judgment for plaintiff. Appeal from the County Court of La Salle county; the Hon. Richard D. Mills, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed July 24, 1924. *Certiorari* denied by Supreme Court (making opinion final).

L. O. Browne and A. E. Butters, for appellant. Harry F. Kelly, State's Attorney, and Ernest H. Pool, Assistant State's Attorney, for appellee; Arthur H. Shay, of counsel.

Mr. Justice Partlow delivered the opinion of the court.

**The People of the State of Illinois, defendant in error, v. Agnes Kroll, plaintiff in error. Gen. No. 7,312.**

Conviction of unlawfully selling intoxicating liquor. Error to the County Court of Lake county; the Hon. Perry L. Persons, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed July 24, 1924.

Orvis & Farmer, for plaintiff in error. Ashbel V. Smith, State's Attorney, for defendant in error; Sidney H. Block, Assistant State's Attorney, of counsel.

Mr. Justice Partlow delivered the opinion of the court.

**J. B. Hite, appellee, v. Albert Monks, appellant. Gen. No. 7,316.**

Action for negligent injury to parked automobile. Judgment for plaintiff. Appeal from the County Court of Winnebago county; the Hon. Fred E. Carpenter, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed July 24, 1924.

Early & Early, for appellant. Gus S. Brown, for appellee.

Mr. Justice Partlow delivered the opinion of the court.